UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Theresa Michael, et al.,            §
                                    §
        Plaintiffs,                 §
                                    §
versus                              §           Civil Action H-13-3147
                                    §
North Forest                        §
Independent School District, et al.,§
                                    §
        Defendants.                 §

# Final Order

1. By agreement of the parties:
    A. J.M. takes $40,000 from North Forest Independent School District through its carrier. The carrier will directly fund a special needs trust for her benefit.
    B. The trust will be administered by The Arc of Texas.
    C. Although J.M. will turn 18, the trust will continue until a court closes it.
    D. Counsel for J.M. takes $20,000 in attorney's fees and costs.

2. J.M. will promptly give the court data about The Arc of Texas.

Signed on August 6, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge